# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

| | |
|---|---|
| **MARIA N. ROQUE GUEVARA**, *et al.*, | : |
| Plaintiffs, | : Civil No.: |
| v. | : |
| **AARON ELECTRIC INC.**, *et al.*, | : |
| Defendants. | : |

## NOTICE OF REMOVAL

Defendant Integrated Design Build, Inc. ("Integrated"), by and through the undersigned counsel, and pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, submits this Notice of Removal from the Circuit Court for Prince George's County, Maryland, to the United States District Court for the District of Maryland. In support of this Removal, Integrated states as follows:

### Removal is Timely

1. Plaintiff filed a Complaint in the Circuit Court for Prince George's County, Maryland, on August 8, 2023. The Complaint was docketed as Case No. C-16-CV-23-003905.

2. Plaintiffs filed a Class and Collective Action Complaint (the "Amended Complaint") in the Circuit Court for Prince George's County, Maryland on February 13, 2024.

3. Plaintiff's Amended Complaint raised, for the first time, a claim under the Fair Labor Standards Act of 1938 ("FLSA"), 29 U.S.C. § 201 *et seq.*

4. The window for timely removal is reopened if the Plaintiff amends the pleading in a way that makes the case removable. *Artis v. T-Mobile USA, Inc.*, No. PHM 18-2575, 2019 WL 651702, at *1 (D. Md. 2019). The time begins to run from the time when the defendant receives a

copy of the amended pleadings from which it can first be ascertained that a case is removable. *Id.*; 28 U.S.C. § 1446(b).

5.  Integrated became aware that the case became removable on Integrated's receipt of the Amended Complaint.

6.  This Notice of Removal is timely filed within thirty (30) days of Integrated's receipt of the Amended Complaint.

## Basis for Removal

7.  This Court has jurisdiction over the case pursuant to 28 U.S.C. §§ 1331 and 1441 because it involves claims or rights arising under the laws of the United States. Plaintiff's Amended Complaint raises a claim under the FLSA.

8.  This Court has supplemental jurisdiction under 28 U.S.C. § 1367(a) over the remaining claims in the Complaint. These claims allege that Defendants have violated Maryland, Virginia, and District of Columbia wage and overtime laws.

9.  Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal is being served upon Plaintiffs, by and through their attorney of record, and is simultaneously being filed with the Clerk of the Circuit Court for Prince George's County, Maryland.

10. Copies of all process, pleadings, and orders served upon Integrated in this action are attached as Exhibit A.

WHEREFORE, Integrated respectfully requests that this case be entered upon the docket of the United States District Court for the District of Maryland.

February 28, 2024                           Respectfully submitted,

/s/ *Jesse S. Keene*
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
Stephen M. Seeger (Bar No. 8986)
Jesse S. Keene (Bar No. 17821)
COZEN O'CONNOR
1200 19th Street NW
Washington, DC 20036
Telephone:      (202) 747-0793
Telephone:      (202) 747-0795
Facsimile:        (202) 540-9724
Email:               sseeger@cozen.com
Email:               jkeene@cozen.com

*Counsel for Integrated Design Build, Inc.*

3

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 28, 2024, I electronically filed the foregoing with the Court's electronic filing system, which will send notice of such filing to:

>Mariusz Kurzyna
>ZIPIN, AMSTER & GREENBERG, LLC
>8757 Georgia Avenue, Suite 400
>Silver Spring, MD 20910
>mkurzyna@zagfirm.com
>*Counsel for Plaintiffs*
>
>Charles C Iweanoge
>THE IWEANOGES' FIRM PC
>IWEANOGE LAW CENTER
>1026 Monroe Street NE
>Washington, DC 20017
>cci@iweanogesfirm.com
>*Counsel for Defendants and Cross Plaintiffs*
>*Aaron Electric Inc. and Pablo A. Portillo Argueta*
>
> L.F. JENNINGS, INC.
>407 N. Washington Street, Suite 200
>Falls Church, VA 22046
>>Serve: Michael Killelea
>>1720 Ritchie Highway
>>Annapolis, MD 21409
>
>DAVID E. HARVEY BUILDERS, INC.
>6710A Rockledge Drive, Suite 430
>Bethesda, MD 20817
>>Serve: Kevin A. Rogge
>>6710A Rockledge Drive, Suite 430
>>Bethesda, MD 20817
>
>JAMES G. DAVIS CONSTRUCTION CORPORATION
>12530 Parklawn Drive
>Rockville, MD 20852
>>Serve: The Corporation Trust, Inc.
>>2405 York Road, Suite 201
>>Lutherville Timonium, MD 21093

>*/s/ Jesse S. Keene*
>_____
>Jesse S. Keene