## IN THE CIRCUIT COURT FOR PRINCE GEORGE'S COUNTY

| | | |
|---|---|---|
| **MARIA N. ROQUE GUEVARA, ET AL** | * | |
|        Plaintiff | * | |
| | * | |
| V. | * | CASE #: C-16-CV-23-003905 |
| | * | |
| | * | |
| **AARON ELECTRIC INC., ET AL** | * | |
|        Defendants | * | |
| | * | |

**********************************************

**AARON ELECTRIC INC**
**PABLO A. PORTILLO ARGUETA**
       Cross-Plaintiffs

v.

**INTEGRATED DESIGN BUILD, INC**
**f/k/a D & R Electric, Inc**
       Cross-Defendants

*   *   *   *   *   *   *   *   *   *   *   *   *   *

### CROSS-COMPLAINT DIRECTED TO DEFENDANT, INTEGRATED DESIGN BUILD, INC F/K/A D&R ELECTRIC

COMES NOW, Cross-Complainants, Aaron Electric Inc (hereinafter "AEI") and Pablo A. Portillo Argueta ("Argueta") by Charles C. Iweanoge and THE IWEANOGES' FIRM, P.C. for their cross-complaint against Cross-Defendant, Integrated Design Build, Inc., f/k/a D&R Electric alleges as follows:

1. Cross-Plaintiffs incorporate the allegations in Plaintiff's Complaint, without admission or adoption, as if set forth herein at length.

2. Cross-Plaintiffs incorporate their answer to the complaint as if duly set forth herein at length.

3. Integrated Design Build, Inc entered a subcontractor agreement with Aaron Electric, Inc. to provide electrical services to some of its sites.

4. Upon information, some of the subcontractor agreements requires the submission of weekly application and certification for payment and while others require the submission workers' hours on the job. Some of the agreements also require the electrical workers to work overtime.

5. Upon information, Defendant, Integrated Design Build, Inc, consistently underpaid Aaron Electric, Inc for each payment application. Upon information, in May 2023, Defendant, Integrated Design Build, Inc. withheld all payments to Defendant, Aaron Electric, Inc. for all projects, despite the fact that workers performed services for the weeks payments were withheld. Despite request for Cross-Defendants to pay for services rendered, Cross-Defendant refused.

6. If Plaintiffs suffered unpaid wages and unpaid overtime wages as alleged, then co-defendant, Integrated Design Build, Inc., is solely responsible to Plaintiffs.

7. If Cross-Plaintiff is held liable to Plaintiffs as alleged in the complaint, then Cross-Defendant, Integrated Design Build, Inc., is liable to the Cross-Plaintiff, for contribution and/or indemnification, whether by virtue of law, contract or common law.

WHEREFORE, Cross-Plaintiffs avers that Cross-Defendant, Integrated Design Build, Inc. is liable to Plaintiffs, and/or is liable to the Cross-Plaintiffs for contribution and/or indemnification.

Respectfully Submitted,

**THE IWEANOGES' FIRM, P.C.**

By: _/s/CharlesCIweanoge/s/_____
       Charles C. Iweanoge
       AIS# 9912150059
       **IWEANOGE LAW CENTER**
       1026 Monroe Street, NE
       Washington, D.C. 20017
       Phone: (202) 347-7026
       Fax: (202) 347-7108
       Email: cci@iweanogesfirm.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the forgoing Cross-Complaint was served electronically on this 17th day of November 2023:

Mariusz Kurzyna, Esquire
**ZIPIN, AMSTER & GREENBERG, LLC**
8757 Georgia Avenue, Suite 400
Silver Spring, Maryland 20910

       _/s/CharlesCIweanoge/s/_____
       Charles C. Iweanoge